(COB #215HRT voreliefstay)(12/08)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado** ,
HONORABLE Howard R. Tallman

In re:

    Alevtina A Boltenkova

Debtor(s)

Case No.:   09−32259−HRT
Chapter:    7

SSN/TID Nos.   xxx−xx−9069

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

    A motion for relief from stay, Document No.15 ,("Motion"), has been filed in the above captioned case by US Bank, NA ("Movant").  Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

    ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, including the ability to foreclose, regarding the following described property:

    12968 E. Bails Place, Aurora, CO 80012

    IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  2/10/10

BY THE COURT:
s/ Howard R. Tallman
Chief United States Bankruptcy Judge